

**Caperton Inc.**
Strategy · Execution · Results

October 15, 2009

Clerk
US Bankruptcy Court
300 Virginia St E Room 3200
Charleston, WV 25301

FILED IN CHARLESTON
U.S. BANKRUPTCY COURT

OCT 19 2009

SOUTHERN DISTRICT
WEST VIRGINIA

In re:  Case No. 5:08-bk-50215

    F & N CONSTRUCTION, INC.,    Chapter 11

    a West Virginia corporation,    Judge Ronald G. Pearson

    Debtor in Possession.

### FIRST AND FINAL APPLICATION OF CAPERTON ENERGY CO. FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL FEES FOR THE PERIOD SEPTMEBER 16, 2008 TO SEPTEMBER 23, 2009

The attached Notice of Hearing makes reference to the application for "Fees: $28,644.29" and "Expenses: $17,218.95." In fact the Application consists of 2 invoices for said amounts and each invoice includes fees and expenses.

The accurate characterization of fees and expenses as reflected in the invoices themselves is as follows.

Invoice #2008-1201
    Fees    $28,457.88
    Expenses    $186.41

Invoice #2009-125
    Fees    $17,160.00
    Expenses    $58.95

This represents a total application request of Fees: $45,617.88 and Expenses: $245.36.

Sincerely,

Austin Caperton
President

405 Prince St., Beckley, WV 25801 | 304.252.5733 (o) | www.caperton.biz | austin@caperton.biz

Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

Room 3200
300 Virginia Street East
Charleston, WV 25301

Bankruptcy Proceeding No.: 5:08-bk-50215
Chapter: 11
Judge: Ronald G. Pearson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
F&N Construction, Inc.
fka F&N Construction, LLC, fka Grayjack
Coal Corporation
407 Prosperity Road
Prosperity, WV 25909

Social Security No.:

Employer's Tax I.D. No.:
20-8241950

PLEASE TAKE NOTICE that a hearing will be held at

Bankruptcy Courtroom A, 6400 Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, WV

on 11/4/09 at 02:30 PM

to consider and act upon the following:

[497] First and Final Application by Consultant Austin Caperton for Compensation For the Period of: 9/16/2008 to 9/23/2009 in the Amount of Fees: $28,644.29, Expenses: $17,218.95

**NOTICE IS FURTHER GIVEN that telephone notification, followed up with a written pleading, must be given to the Clerk's Office (347-3003) of settlements or requests to continue this matter at least three (3) business days prior to the above hearing date; otherwise counsel should make an appearance at the scheduled hearing.**

Dated: 10/8/09

M. Jo Proops
Clerk, U.S. Bankruptcy Court

BY: Marty Reynolds
Deputy Clerk

ACTUALLY FEES $45,612.88
EXPs $ 245.36

069291

38214069360017